588

438 A.2d 649

Commonwealth v. Borchel, Appellant.
Petition for Allowance of Appeal Denied Jan. 15, 1982.

Sub-mitted January 27, 1981.   Arthur J. King, Assistant Public Defender, for appellant;   Ronald T. Williamson, Assistant District Attorney, for Commonwealth, appellee.

Before CAVANAUGH, JOHNSON and LIPEZ, JJ.

Judgment of sentence affirmed.

438 A.2d 649

Commonwealth v. Calhoun, Appellant.
Petition for Allowance of Appeal Denied March 25, 1982.

Submitted June 22, 1981. Charles Mirarchi, III, for appellant;   Gaele McLaughlin Barthold, Assistant District Attorney, for Commonwealth, appellee.

Before HESTER, CAVANAUGH and DiSALLE, JJ.

Judgment of sentence affirmed.